1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW TOBIAS, | |
| Plaintiff, | CASE NO. C20-0342-RAJ |
| v. | |
| FEDERAL GOVERNMENT, | ORDER DENYING IN FORMA PAUPERIS REQUEST |
| Defendant. | |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED;

(3) This case is DISMISSED without prejudice as frivolous under 8 U.S.C. § 1915(e)(2)(B), and Fed. R. Civ. P. 12(h)(3); and

/ / /

/ / /

/ / /

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 9th day of April, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 2